**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: J.D., A MINOR | : | No. 34 WAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: M.S. | : | the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.